UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

SCOTT J. GOLDSTEIN
LAW OFFICE OF SCOTT J GOLDSTEIN LLC
280 West Main Street
Denville, NJ 07834
(973) 453-2838
sjg@sgoldsteinlaw.com
Attorney for Jeffrey Boyer and Rosemary Boyer, Debtors

In Re:

   Jeffrey Boyer
   Rosemary Boyer,

               Debtors.

Case No:    18-26463

Chapter:    13

Judge:    JKS

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____ Jeffrey Boyer _____ , debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations, and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: _10 - 3 - 2021_

_____
Jeffrey Boyer

**IMPORTANT:**

• **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
• **discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

SCOTT J. GOLDSTEIN
LAW OFFICE OF SCOTT J GOLDSTEIN LLC
280 West Main Street
Denville, NJ 07834
(973) 453-2838
sjg@sgoldsteinlaw.com
Attorney for Jeffrey Boyer and Rosemary Boyer,

                          Debtors

In Re:

   Jeffrey Boyer
   Rosemary Boyer,
                          Debtors.

Case No:   18-26463

Chapter:   13

Judge:   JKS

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____ Rosemary Boyer _____ , debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations, and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 10/3/21 _____

_____
Rosemary Boyer

## **IMPORTANT**:

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**

- **A discharge will not be issued for a debtor who does not submit a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*