Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF OCTOBER  6, 2021

**Chapter 13 Case # 18-26463**

Re:  JEFFREY M. BOYER
ROSEMARY D. BOYER
19 BIRCH RD
BYRAM TOWNSHIP, NJ  07821-3960

Atty:  SCOTT J. GOLDSTEIN
LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC
280 WEST MAIN STREET
DENVILLE, NJ  07834

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $21,654.00**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/29/2018 | $525.00 | 5187130000 | 10/01/2018 | $525.00 | 5276236000 |
| 10/31/2018 | $606.00 | 5351666000 | 12/03/2018 | $606.00 | 5431668000 |
| 01/02/2019 | $606.00 | 5508081000 | 02/04/2019 | $606.00 | 5589553000 |
| 03/04/2019 | $606.00 | 5675093000 | 04/02/2019 | $606.00 | 5750416000 |
| 05/06/2019 | $606.00 | 5836655000 | 06/03/2019 | $606.00 | 5912520000 |
| 07/05/2019 | $606.00 | 5993508000 | 08/05/2019 | $606.00 | 6073204000 |
| 09/03/2019 | $606.00 | 6144591000 | 10/04/2019 | $606.00 | 6229618000 |
| 11/04/2019 | $606.00 | 6306735000 | 12/05/2019 | $606.00 | 6383851000 |
| 12/06/2019 | $606.00 | 6383851000 | 12/10/2019 | ($606.00) | 6383851000 |
| 01/06/2020 | $606.00 | 6460986000 | 02/04/2020 | $606.00 | 6534638000 |
| 03/04/2020 | $606.00 | 6613586000 | 04/06/2020 | $606.00 | 6689646000 |
| 05/04/2020 | $606.00 | 6767238000 | 06/03/2020 | $606.00 | 6839683000 |
| 07/06/2020 | $606.00 | 6917181000 | 08/04/2020 | $606.00 | 6989275000 |
| 09/03/2020 | $606.00 | 7061351000 | 10/05/2020 | $606.00 | 7134471000 |
| 11/03/2020 | $606.00 | 7206627000 | 12/03/2020 | $606.00 | 7281095000 |
| 01/04/2021 | $606.00 | 7352928000 | 02/03/2021 | $606.00 | 7428570000 |
| 03/04/2021 | $606.00 | 7499778000 | 04/05/2021 | $606.00 | 7576478000 |
| 05/03/2021 | $606.00 | 7643484000 | 06/03/2021 | $606.00 | 7717171000 |
| 07/06/2021 | $606.00 | 7786579000 | 08/04/2021 | $606.00 | 7857598000 |

**Total Receipts: $21,654.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $21,654.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,314.57 | |
| ATTY | ATTORNEY | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 18-26463**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CITIBANK NA | UNSECURED | 5,255.79 | * | 558.62 | |
| 0003 | CITI | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | DISCOVER BANK | UNSECURED | 13,128.90 | * | 1,395.41 | |
| 0008 | NEW RESIDENTIAL MORTGAGE LLC | MORTGAGE ARRE | 2,512.48 | 100.00% | 2,512.48 | |
| 0010 | HACKETTSTOWN MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | NATIONSTAR MORTGAGE LLC, D/B/A MR | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0018 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 149,343.69 | * | 15,872.92 | |

**Total Paid: $21,654.00**
See Summary

## LIST OF PAYMENTS TO CLAIMS  (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---:|---:|---|---:|---:|
| CITIBANK NA | | | | | | |
| | 06/17/2019 | $78.42 | 827261 | 07/15/2019 | $18.23 | 829124 |
| | 08/19/2019 | $18.23 | 831047 | 09/16/2019 | $18.23 | 833090 |
| | 10/21/2019 | $18.68 | 835072 | 11/18/2019 | $18.00 | 837170 |
| | 12/16/2019 | $18.00 | 839093 | 01/13/2020 | $18.00 | 840962 |
| | 02/10/2020 | $18.03 | 842836 | 03/16/2020 | $17.97 | 844712 |
| | 04/20/2020 | $18.03 | 846659 | 05/18/2020 | $17.06 | 848598 |
| | 06/15/2020 | $17.14 | 850266 | 07/20/2020 | $17.56 | 852043 |
| | 08/17/2020 | $17.56 | 853919 | 09/21/2020 | $17.56 | 855697 |
| | 10/19/2020 | $17.53 | 857599 | 11/16/2020 | $17.61 | 859392 |
| | 12/21/2020 | $17.57 | 861180 | 01/11/2021 | $17.56 | 863020 |
| | 02/22/2021 | $17.52 | 864620 | 03/15/2021 | $17.56 | 866526 |
| | 04/19/2021 | $17.61 | 868138 | 05/17/2021 | $17.57 | 870073 |
| | 06/21/2021 | $17.85 | 871848 | 07/19/2021 | $17.85 | 873676 |
| | 08/16/2021 | $17.81 | 875364 | 09/20/2021 | $17.88 | 877078 |
| DISCOVER BANK | | | | | | |
| | 06/17/2019 | $195.87 | 827540 | 07/15/2019 | $45.54 | 829391 |
| | 08/19/2019 | $45.54 | 831364 | 09/16/2019 | $45.54 | 833380 |
| | 10/21/2019 | $46.66 | 835407 | 11/18/2019 | $44.97 | 837479 |
| | 12/16/2019 | $45.03 | 839411 | 01/13/2020 | $44.97 | 841274 |
| | 02/10/2020 | $44.97 | 843163 | 03/16/2020 | $44.96 | 845075 |
| | 04/20/2020 | $44.97 | 847018 | 05/18/2020 | $42.69 | 848908 |
| | 06/15/2020 | $42.69 | 850594 | 07/20/2020 | $43.88 | 852397 |
| | 08/17/2020 | $43.88 | 854261 | 09/21/2020 | $43.88 | 856078 |
| | 10/19/2020 | $43.86 | 857956 | 11/16/2020 | $43.87 | 859752 |
| | 12/21/2020 | $43.88 | 861576 | 01/11/2021 | $43.88 | 863353 |
| | 02/22/2021 | $43.89 | 865048 | 03/15/2021 | $43.88 | 866886 |
| | 04/19/2021 | $43.87 | 868582 | 05/17/2021 | $43.88 | 870479 |
| | 06/21/2021 | $44.59 | 872290 | 07/19/2021 | $44.59 | 874082 |
| | 08/16/2021 | $44.59 | 875765 | 09/20/2021 | $44.59 | 877508 |
| DITECH FINANCIAL LLC | | | | | | |
| | 11/19/2018 | $1,004.33 | 813157 | 12/17/2018 | $571.46 | 815035 |
| | 01/14/2019 | $571.46 | 816964 | 02/11/2019 | $365.23 | 818861 |

Document    Page 3 of 3

**Chapter 13 Case # 18-26463**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| U.S. DEPARTMENT OF EDUCATION | | | | | | | |
| | 06/17/2019 | $2,228.08 | 828397 | | 07/15/2019 | $517.99 | 830259 |
| | 08/19/2019 | $517.99 | 832330 | | 09/16/2019 | $517.99 | 834269 |
| | 10/21/2019 | $531.57 | 836384 | | 11/18/2019 | $511.52 | 838387 |
| | 12/16/2019 | $511.46 | 840260 | | 01/13/2020 | $511.52 | 842143 |
| | 02/10/2020 | $511.49 | 844019 | | 03/16/2020 | $511.56 | 845974 |
| | 04/20/2020 | $511.49 | 847932 | | 05/18/2020 | $485.65 | 849697 |
| | 06/15/2020 | $485.57 | 851382 | | 07/20/2020 | $499.11 | 853262 |
| | 08/17/2020 | $499.11 | 855068 | | 09/21/2020 | $499.11 | 856960 |
| | 10/19/2020 | $499.15 | 858784 | | 11/16/2020 | $499.07 | 860553 |
| | 12/21/2020 | $499.12 | 862455 | | 01/11/2021 | $499.11 | 864037 |
| | 02/22/2021 | $499.14 | 865982 | | 03/15/2021 | $499.11 | 867574 |
| | 04/19/2021 | $499.06 | 869476 | | 05/17/2021 | $499.12 | 871266 |
| | 06/21/2021 | $507.20 | 873128 | | 07/19/2021 | $507.20 | 874842 |
| | 08/16/2021 | $507.25 | 876558 | | 09/20/2021 | $507.18 | 878342 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: October 06, 2021.

Receipts: $21,654.00     -     Paid to Claims: $20,339.43     -     Admin Costs Paid: $1,314.57     =     Funds on Hand: $0.00

Base Plan Amount: $21,654.00     -     Receipts: $21,654.00     =     Total Unpaid Balance: **$0.00

**NOTE**: THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.