Form ntcfncurv – testntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.: 18−26463−JKS
                          Chapter: 13
                          Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeffrey M. Boyer                                             Rosemary D. Boyer
   19 Birch Rd                                                    19 Birch Rd
   Byram Township, NJ 07821−3960              Byram Township, NJ 07821−3960

Social Security No.:
   xxx−xx−1308                                                   xxx−xx−0138

Employer's Tax I.D. No.:

### NOTICE OF RECEIPT OF RESPONSE TO
### NOTICE OF FINAL CURE PAYMENT

   TO: <u>Jeffrey M. Boyer and Rosemary D. Boyer</u>
       Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: October 20, 2021
JAN: wdh

                                                                                   <u>Jeanne Naughton, Clerk</u>